IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50463
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAURO RINCON,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CV-141
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Through his plea agreement, Lauro Rincon waived his right to challenge his sentence. See United States v. Wilkes, 20 F.3d 651, 653 (5th Cir. 1994). Rincon's challenge to his fine is not cognizable under 28 U.S.C. § 2255. See United States v. Segler, 37 F.3d 1131, 1136-37 (5th Cir. 1994).

AFFIRMED.

_____

[*] Local Rule 47.5.1 provides: "The publication of opinions that merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.